Michael J. Farrell, OSB #902587
mfarrell@martinbischoff.com
Michael A. Yoshida, OSB #065631
myoshida@martinbischoff.com
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Attorneys for Defendants JP Morgan Chase Bank N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Eugene Division

| | |
|---|---|
| JOE and TERI GOSCHIE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case 6:10-cv-06424-AA<br><br>UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINES |

## L.R. 7.1 CERTIFICATION

Counsel for Defendant JP Morgan Chase Bank, N.A., as acquirer of certain assets of Washington Mutual Bank from the Federal Deposit Insurance Corporation as receiver ("Defendant" or "Chase"), has consulted with counsel for Plaintiffs and Plaintiffs agree to the requested extension.

///

///

///

Page 1 - UNOPPOSED MOTION FOR EXTENSION OF
PRETRIAL DEADLINES

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

## MOTION

Chase hereby moves the Court for an Order extending the discovery and dispositive motion deadlines to allow the parties additional time to complete discovery and attempt to settle this case. The current date for discovery to be complete is December 6, 2013. The deadline to file dispositive motions is January 6, 2013.

On June 6, 2013, the court denied Chase's Motion to Dismiss Plaintiffs' Second Amended Complaint. Thereafter, the parties exchanged additional written discovery concerning the claims alleged in Plaintiffs' Second Amended Complaint in August and September 2013. However, the parties were not able to reach an agreement regarding the proper scope of several discovery requests. As a result, Plaintiffs filed a Motion to Compel discovery on or about September 13, 2013. The court issued its ruling on October 25, 2013, which provided the parties with useful guidance on the scope of discovery moving forward. The parties are in the process of working cooperatively to exchange final written discovery documents, including certain medical records, which required the entry of a stipulated protective order. The parties are also in the process of conferring regarding scheduling the supplemental deposition of plaintiff Teri Goschie and certain Chase-related depositions, many of which may involve out-of-state witnesses. The parties hope to conduct some of the depositions in December. However, the parties anticipate that many of the depositions will occur in January given the logistical and scheduling difficulties associated with the holiday season.

Based on the foregoing, in an abundance of caution, Chase respectfully requests that the discovery deadline be extended to January 17, 2013, and that the dispositive motion deadline be extended to February 14, 2014. This motion is not made for the purposes of delay. As set forth

///
///
///
///

Page 2 - UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINES

MARTIN, BISCHOFF, TEMPLETON, LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

above, the parties have shown good cause why the deadline should be modified and have recommended a new date for the deadlines in question, as required by LR 16-3.

DATED this 19th day of November, 2013.

        MARTIN, BISCHOFF, TEMPLETON,
        LANGSLET & HOFFMAN LLP

By:   /s/ Michael A. Yoshida
      Michael J. Farrell, OSB #902587
      mfarrell@martinbischoff.com
      Michael A. Yoshida, OSB #065631
      myoshida@martinbischoff.com

Attorneys for Defendants JP Morgan Chase Bank, N.A.

Page 3 - UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINES

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

CERTIFICATE OF SERVICE

    I hereby certify that, on this date, I filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINES via the U.S. District Court's CM/ECF Electronic Filing System. In addition, a true copy of this document was mailed to:

Clerk of the Court
U.S. District Court, Eugene Divisional Office
Wayne L. Morse US Courthouse
405 East Eight Avenue, Suite 2100
Eugene, OR 97401

    I further certify that by filing said document via the U.S. District Court's CM/ECF Electronic Filing System, a copy thereof was served on the following parties:

William Sherlock
Hutchinson Cox Coons et al
777 High St Ste 200
PO Box 10886
Eugene OR 97440

Of Attorney for Plaintiffs

DATED: November 19th, 2013.

                                          MARTIN, BISCHOFF, TEMPLETON,
                                          LANGSLET & HOFFMAN, LLP

                                          By: _____/s/ Michael A. Yoshida_____
                                                Michael J. Farrell, OSB #902587
                                                mfarrell@martinbischoff.com
                                                Michael A. Yoshida, OSB #065631
                                                myoshida@martinbischoff.com

                                          Attorneys for Defendant
                                          JPMorgan Chase Bank N.A.

Page 1 – CERTIFICATE OF SERVICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471